UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANCISCO JIMENEZ,  )
   )
     Plaintiff,  )
   )   2:11-cv-00821-PMP-LRL
vs.  )
   )   **ORDER**
PARIENTE LAW FIRM, P.C. *et al.*,  )
   )
     Defendants.  )

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

/ / /

/ / /

1    **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this
2  case.

4  DATED: June 20, 2011.

*[signature]*
_____
PHILIP M. PRO
United States District Judge

2